IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORMAN L. CONDIFF SR., | ) | No. C 11-03212 EJD (PR) |
| Plaintiff, | ) | ORDER OF TRANSFER |
| vs. | ) | |
| VICTOR ROSS, | ) | |
| Defendant. | ) | |

    Plaintiff, a state prisoner proceeding pro se, initiated the instant action by filing a "request for entry of default judgment, pursuant to the Federal Rules of Civil Procedures" against Defendant Detective Victor Ross of the Los Angeles Police Department, regarding his actions in Plaintiff's conviction out of Los Angeles County. (Docket No. 1, Ex. A at 1.) Because the acts complained of occurred in Los Angeles County, which lies within the venue of the Western Division of the Central District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Central District, the Western Division, of California. See 28 U.S. C. § 1406(a).

    The Clerk shall terminate any pending motions and transfer the entire file to the Western Division of the Central District of California.

DATED: October 24, 2011

EDWARD J. DAVILA
United States District Judge

Order of Transfer
03212Condiff_transfer.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NORMAN L. CONDIFF SR.,

        Plaintiff,

  v.

VICTOR ROSS,

        Defendant.
                                              /

Case Number: CV11-03212 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  10/24/2011 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Norman L. Condiff F-05127
Calipatria State Prison
P. O. Box 5002
Calipatria, CA 92233

Dated:  10/24/2011

                                      Richard W. Wieking, Clerk
                                 /s/ By: Elizabeth Garcia, Deputy Clerk